# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-673-RJC-DCK

| | |
|---|---|
| HYDE PARK STORAGE SUITES, INC., HPSSMC, LLC, HYDE PARK III, HYDE PARK STORAGE SUITES DAYTONA, LLC, THE KEVIN P. MAHL REVOCABLE TRUST, THE KEVIN AND MICHELLE MAHL REVOCABLE TRUST, KEVIN MAHL, AND MICHELLE MAHL, <br><br> Plaintiffs, <br><br> v. <br><br> CROWN PARK STORAGE SUITES, LLC RICHARD A. LOMAN, AND JOHN DOES 1-100, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 6) filed by Joel M. Bondurant, Jr., concerning Jeffrey Banyas on February 13, 2019. Jeffrey Banyas seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 6) is **GRANTED.** Jeffrey Banyas is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: February 13, 2019

David C. Keesler
United States Magistrate Judge