# United States District Court
# Western District of North Carolina
# Charlotte Division

|  |  |  |
|---|---|---|
| Hyde Park Storage Suites, Inc. et al | ) | JUDGMENT IN CASE |
|  | ) |  |
| Plaintiff(s), | ) | 3:18-cv-00673-RJC-DCK |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
|  | ) |  |
| Crown Park Storage Suites, LLC, et al |  |  |
|  |  |  |
| Defendant(s). |  |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 27, 2019 Order.

September 27, 2019

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court